**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00306-LTB-KLM

VELMA UNDERWOOD, individual,

      Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion to Amend Answer (Doc 21 - filed November 29, 2010) is **GRANTED**.  The tendered Second Amended Answer is accepted for filing.

Dated:   November 30, 2010
_____