IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00306-LTB-KLM

VELMA UNDERWOOD,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Withdraw Pro Se Motion Limiting Interrogatories** [Docket No. 28; Filed December 15, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's Motion for the Geo Group to Amend Their [sic] Interrogatories to Limit that Which Pertains to the Complaint [Docket No. 27] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that Plaintiff is reminded that any further *pro se* pleadings will be stricken because she is no represented by counsel.  D.C.COLO.LCivR 11.1A.

    Dated:  December 17, 2010