IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00306-LTB-KLM

VELMA UNDERWOOD,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Entry of Protective Order** [Docket No. 32; Filed January 26, 2011] (the "Motion"). Defendant represents that Plaintiff opposes the Motion.

    Pursuant to the Scheduling Order [Docket No. 19] governing this case, the Motion is premature. *See Scheduling Order* [#19] at 9, ¶8(e) (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 14]). The Order Setting Scheduling/Planning Conference [#14] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#14] at 2 § E.1 (emphasis added).

    Defendant has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) unsuccessfully conferring with the opposing party pursuant to D.C.COLO.LCivR 7.1A., and (2) obtaining leave from the Court during a telephonic

discovery hearing.  To conduct a telephonic hearing on a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

Dated:  January 28, 2011