IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00306-LTB-KLM

VELMA UNDERWOOD,

      Plaintiff,

v.

THE GEO GROUP, INC.,

      Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion for Entry of Proposed Protective Order** [Docket No. 35; Filed February 8, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 35-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  February 10, 2011