**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00306-LTB-KLM

VELMA UNDERWOOD, individual,

       Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's First Motion to Amend Complaint (Doc 40 - filed March 10, 2011) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.


Dated:  March 14, 2011
_____