IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-00306 - LTB - KLM

VELMA UNDERWOOD,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

_____

ORDER
_____

    As further set forth on the record at the hearing held on February 17, 2012, IT IS HEREBY ORDERED as follows:

    1. Defendant's Motion to Strike Certain Opinions from Plaintiff's Expert Witness and to Preclude Testimony on Certain Tests Given to Plaintiff [Doc #77] is GRANTED with respect to Plaintiff's case-in-chief and CONDITIONALLY GRANTED, *see* Fed. R. Evid. 103(a), with respect to Plaintiff's rebuttal;

    2. Pursuant to Fed. R. Evid. 402, 403 & 702, Dr. Atwell shall not be permitted to testify on any issue during Plaintiff's case-in-chief but may, depending on the defense presented, be permitted to testify during Plaintiff's rebuttal as deemed appropriate by the Court; and

    3. On or before February 23, 2012, in addition to the other materials already requested by the Court, the parties shall submit (a) revised witness and exhibit lists; and (b) short trial briefs addressing the "protected activity" element of Plaintiff's retaliation claim in light of my summary judgment order dated November 17, 2011.

Dated: February 17, 2012.

                                                          BY THE COURT:

                                                          s/ Lewis T. Babcock
                                                          Lewis T. Babcock, Judge