IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

Courtroom Deputy: Emily Seamon
Court Reporter: Tammy Hoffschildt

Date: February 24, 2012

---

Civil Case No. 10-cv-00306-LTB-KLM

*Counsel:*

VELMA UNDERWOOD, individual,

Plaintiff,

Marc Schatten
Jennifer Robinson

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

Shelby Felton
David DeMuro

---

COURTROOM MINUTES

---

HEARING - FURTHER TRIAL PREPARATION CONFERENCE

9:03 a.m. Court in Session.

Discussion between the Court and counsel regarding further briefing on the dates involving Plaintiff complaints and what counsel may say in opening statements.

9:05 a.m. Statement by Mr. DeMuro regarding Defendant's trial brief.

9:08 a.m. Statement by Ms. Robinson regarding Plaintiff's trial brief.

9:20 a.m. Rebuttal by Mr. DeMuro.

9:21 a.m. Further argument by Ms. Robinson.

9:23 a.m. Further argument by Mr. DeMuro.

**ORDERED**: The Court sustains the defense's position with regard to the protected activity of the March incident and the two internal complaints generated

about the Plaintiff following that incident.

Discussion regarding Plaintiff's Motion in Limine to Preclude Defendant's Expert Dr. William Hansen from Testifying at Trial.

**ORDERED**: Plaintiff's Motion in Limine to Preclude Defendant's Expert Dr. William Hansen from Testifying at Trial [Doc. No. 107, Filed February 23, 2012] is HELD IN ABEYANCE. Defendant shall respond to Plaintiff's motion.

Discussion regarding revised witness and exhibit lists.

**ORDERED**: Counsel shall file revised exhibit lists identifying the parties' stipulations or reserved objections citing the rule of exclusion.

Discussion regarding voir dire questions, proposed jury instructions, the timing of trial, opening statements, exhibit notebooks, and jury selection.

9:42 a.m. Court in Recess.
Hearing concluded.
Time: 00:39