IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-00306 - LTB - KLM

VELMA UNDERWOOD,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

___

ORDER
___

    IT IS HEREBY ORDERED that Plaintiff's Motion in Limine to Preclude Defendant's Expert Dr. William Hansen From Testifying at Trial [Doc # 107] is DENIED AS MOOT.

Dated: March  7 , 2012.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge