IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-00306 - LTB - KLM

VELMA UNDERWOOD,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

___

ORDER
___

    As further set forth on the record, IT IS HEREBY ORDERED that

    1. Defendant's Rule 50 Motion for Judgment as a Matter of Law is GRANTED IN PART and DENIED IN PART;

    2. Judgment shall enter in favor of Defendant on Plaintiff's §1981 race discrimination claim based on Defendant's alleged failure to accommodate Plaintiff's medical needs by requiring her to work the graveyard shift;

    3. Judgment shall enter in favor of Defendant on Plaintiff's claim for punitive damages; and

    4. Defendant's motion is denied with respect to Plaintiff's claims for retaliation and violation of the Family and Medical Leave Act.

Dated: March __8__, 2012.

                                                    BY THE COURT:

                                                    ___s/Lewis T. Babcock___
                                                    Lewis T. Babcock, Judge