# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-00306-LTB-KLM

VELMA UNDERWOOD, individual,

      Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

      Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Marc Schatten's Motion to Withdraw as Counsel for the Plaintiff (Doc 134 - filed April 17, 2012) is **DENIED WITHOUT PREJUDICE** for failure to comply with notice requirements of D.C.COLO.LCivR 83.3(D).


Dated:  April 18, 2012

---